UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

DANIEL V. SMITH,

        Defendant.

**INDICTMENT**

24 Cr. 142

**COUNT ONE**
**(Murder)**

The Grand Jury charges:

1. On or about October 26, 2021, in the Southern District of New York, and within the Federal Correctional Institution Otisville, a place within the special maritime and territorial jurisdiction of the United States, DANIEL V. SMITH, the defendant, willfully, deliberately, maliciously, and with premeditation and malice aforethought, did unlawfully kill P.D., an inmate at the Federal Correctional Institution Otisville.

(Title 18, United States Code, Section 1111(a).)

_____
FOREPERSON

_____
DAMIAN WILLIAMS