UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
UNITED STATES OF AMERICA

v.

DANIEL V. SMITH,

                               Defendant.
-------------------------------------------------------X

                                                ORDER

                                                24-cr-142-PMH

The Court has received a recommendation pursuant to 18 U.S.C. § 3005 from Jennifer L. Brown, Attorney-in-Charge for the Federal Defenders of New York, in consultation with Mark DeMarco, Daniel Smith's lead counsel, to appoint Elizabeth Macedonio as learned capital counsel for Mr. Smith in this case.

Full consideration having been given to Ms. Brown's recommendation, it is hereby:

ORDERED that Elizabeth Macedonio is appointed as learned counsel for Mr. Smith in this case.

Dated: White Plains, New York
           March 28, 2024

                                                _____
                                                Philip M. Halpern
                                                United States District Judge