UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X

UNITED STATES OF AMERICA

v.

DANIEL V. SMITH,

                 Defendant.
---------------------------------------------------------X

**SCHEDULING ORDER**

7:24-cr-142-PMH

     An Initial Appearance has been scheduled for April 8, 2024 at 12:00 p,m. in Courtroom 520 at the White Plains Courthouse.

     It is the responsibility of the Government to have the Defendant produced to Courtroom 520 of the White Plains Courthouse at that time.

**SO ORDERED:**

Dated: White Plains, New York
         April 3, 2024

_____
Philip M. Halpern
United States District Judge