UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

                                :

UNITED STATES OF AMERICA

                                 :

         - v. -

                                 :     24 Cr. 142 (PMH)

DANIEL V. SMITH,

                                 :

            Defendant.

                                 :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## <u>ORDER FOR COMPETENCY EVALUATION OF THE DEFENDANT</u>

WHEREAS, by motion dated July 12, 2024, defense counsel requested that the Court order a psychiatric or psychological evaluation of the defendant, pursuant to 18 U.S.C. § 4241, to determine whether the defendant is currently suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceeding against him or to assist properly in his defense; and

WHEREAS, by letter dated July 15, 2024, the Government responded that it agrees that the requested examination is appropriate and consents to defense counsel's request;

IT IS HEREBY ORDERED, pursuant to 18 U.S.C. § 4247(b), that the Bureau of Prisons, insofar as the defendant is currently incarcerated, conduct a psychological or psychiatric examination of the defendant to determine his competency, and to determine if he is currently suffering from a mental disease or defect.

IT IS FURTHER ORDERED, pursuant to 18 U.S.C § 4247(c), that a report of examination be prepared and furnished to the Court, counsel for the defendant, and counsel for the government, within 60 days hereof.

IT IS FURTHER ORDERED that no statement, testimony, or other evidence made or provided by the defendant during or as a result of any court-ordered competency evaluation, no testimony or report of any expert based upon such statement, testimony or evidence, and no other fruits of such statement, testimony or evidence shall be admitted in evidence or otherwise used against the defendant in any criminal proceedings except on an issue respecting competency.

SO ORDERED this 16th day of July, 2024

_____
HON. PHILIP M. HALPERN
UNITED STATES DISTRICT JUDGE