UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DANIEL V. SMITH,<br><br>                   Defendant. | ORDER<br><br>No. 24 Cr. 142 (PMH) |

The Court hereby orders the exclusion of time from March 19, 2025 to April 14, 2025, the date of the next status conference in this case, *see* Dkt. 23.  Time is excluded in the interests of justice in light of the defendant's request to exclude time, *see* Dkts. 22, 23, the Government's consent to that request, and to allow the parties to engage in adequate trial preparation.  The interests of justice from this exclusion outweigh the best interest of the public and the defendant in a speedy trial.  *See* 18 U.S.C. § 3161(h)(7)(A).

SO ORDERED.

_____
PHILIP M. HALPERN
United States District Judge

Dated: White Plains, New York
       March 19, 2025