UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
UNITED STATES OF AMERICA

v.

DANIEL V. SMITH,

Defendant.
--------------------------------------------------------X

**SCHEDULING ORDER**

7:24-cr-142-PMH

At the request of the parties, the May 8, 2025 Status Conference is adjourned to May 9, 2025 at 9:30 a.m. in a courtroom to be determined at the White Plains Courthouse.

It is the responsibility of the Government to have the Defendant produced to the White Plains Courthouse at that time.

**SO ORDERED:**

Dated: White Plains, New York
       April 15, 2025

_____
Philip M. Halpern
United States District Judge