

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*50 Main Street, Suite 1100*
*White Plains, New York 10606*

May 16, 2025

**BY ECF**

The Honorable Philip M. Halpern
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, N.Y. 10601

    Re:    *United States v. Daniel V. Smith*, 24 Cr. 142 (PMH)

Dear Judge Halpern:

    The Government writes to respectfully inform the Court that the Department of Justice has determined not to seek the death penalty against defendant Daniel Smith in this case.

    Respectfully submitted,

    JAY CLAYTON
    United States Attorney

By  */s/ Jeffrey C. Coffman*
    Jeffrey C. Coffman
    Justin L. Brooke
    Assistant United States Attorneys
    Tel.: (914) 993-1941 / -1918

Cc:    Mark S. DeMarco, Esq.
        Elizabeth Macedonio, Esq.
        Ezra Spilke, Esq.
        (via ECF and email)