U.S. Department of Justice

United States Attorney

> Application granted. A status conference is scheduled for June 11, 2025 at 2:30 p.m. in Courtroom 521. It is the Government's responsibility to have the Defendant produced to Courtroom 521 at that time. The Clerk of Court is respectfully directed to terminate the pending letter-motion (Doc. 40).
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
>         June 9, 2025

**VIA ECF AND EMAIL**

The Honorable Philip M. Halpern
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, N.Y. 10601

    Re:    *United States v. Daniel V. Smith*, 24 Cr. 142 (PMH)

Dear Judge Halpern:

        The Government writes on behalf of the parties to respectfully request that the Court schedule a status conference to discuss issues relating to the trial in this case, which is currently scheduled for August 18, 2025. The parties understand that the Court has availability for a status conference on Tuesday, June 10, at 12 p.m., and are available at that time.

                               Respectfully submitted,

                               JAY CLAYTON
                               United States Attorney

          by:   /s/_____
                    Jeffrey C. Coffman
                    Justin L. Brooke
                    Assistant United States Attorneys
                    Tel.: (914) 993-1941 / -1918

Cc:     Mark S. DeMarco, Esq. (via ECF and email)
         Elizabeth Macedonio, Esq. (via ECF and email)
         Ezra Spilke, Esq. (via ECF and email)