UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | :    24 Cr. 142 (PMH) |
| -v.- | : |
| | : |
| DANIEL V. SMITH, | :    ORDER |
| | : |
| **Defendant.** | : |

------------------------------------------------------------------X

    Upon the application of the defendant, Daniel Smith by and through his attorney Mark S. DeMarco, it is hereby:

    **ORDERED**, that the Bureau of Prisons, Metropolitan Detention Center "MDC," accept the following clothing, and any additional substitute clothing items, for Daniel Smith, Register Number 35566-007, in advance of his trial scheduled to begin on August 13, 2025, and continue for approximately one week.

1. Three pairs of pants
2. Three dress/ button-down shirts
3. Three undershirts
4. One belt
5. One pair dress shoes
6. Four pairs of socks

    **ORDERED**, that the MDC permit Mr. Smith to wear such clothing and that the U.S. Marshal Service accept and transport Mr. Smith to Court wearing such clothing on August 13, 2025, and any date thereafter until his trial is concluded.

Dated: White Plains, New York
       July 25, 2025

SO ORDERED:

_____
Hon. Philip M. Halpern, USDJ