

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*50 Main Street, Suite 1100*
*White Plains, New York 10606*

July 31, 2025

**VIA ECF AND EMAIL**

The Honorable Philip M. Halpern
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, N.Y. 10601

    Re:   *United States v. Daniel V. Smith*, 24 Cr. 142 (PMH)

Dear Judge Halpern:

    The Government writes on behalf of the parties to advise the Court that neither the Government nor the defendant have any objections to the proposed voir dire provided to the parties by the Court at the final pretrial conference in this case, on July 17, 2025. The parties will separately provide to Chambers an updated list of the names to be read to prospective jurors during voir dire.

    Respectfully submitted,

    JAY CLAYTON
    United States Attorney

by:   /s/
    Jeffrey C. Coffman
    Justin L. Brooke
    Shaun E. Werbelow
    Benjamin D. Klein
    Assistant United States Attorneys
    Tel.: (914) 993-1941 / -1918 / -1962 / -1908

Cc:    Mark S. DeMarco, Esq. (via ECF and email)
        Elizabeth Macedonio, Esq. (via ECF and email)
        Ezra Spilke, Esq. (via ECF and email)