UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
UNITED STATES OF AMERICA

v.

DANIEL V. SMITH,

                              Defendant.
-----------------------------------------------------------X

**SCHEDULING ORDER**

7:24-cr-142-PMH

Due to a scheduling conflict, the Sentencing hearing scheduled for December 4, 2025 is re-scheduled to December 3, 2025 at 10:30 a.m. in Courtroom 520 at the White Plains Courthouse.

**SO ORDERED:**

Dated: White Plains, New York
        November 17, 2025

_____
Philip M. Halpern
United States District Judge