24 cr 142

Sir or Ma'am, I was in this courtroom for Trial Aug. 2025 the Judge was Halpern and I finally made it to my Designated Facility. I've Tried numerous Times to contact the Atty. who was Assigned my case, his name is Demarco to receive the Docket sheet, J&C, and mitigation and property papers from the AUSA. My Atty said he would send them to me when I arrived here, Because after sentencing in Dec. 2025 I was moved from MDC Brooklyn to FCI Lewisburg while the referral for ADX placement was processed that was on Jan 27, 2026. So all that Being said, Could you contact my Atty or have your office send me copies of papers concerning my Trial & Sentencing. My appeal is Due December and I've not started doing anything on it as I've arrived here last week on July 16, 2026.

Thank you!!

Daniel V. [illegible]
#35566-007
26 July 2026

RECEIVED
SDNY DOCKET UNIT
2026 AUG -4 PM 1:06

RECEIVED
AUG 04 2026
U.S.D.C.
W.P.

Name: Daniel V. Smith
Reg No: 35566-007
U.S. PENITENTIARY MAX.
P.O. BOX 8500 [redacted]
FLORENCE, CO 81226 8500 [redacted]

RECEIVED
AUG 04 2026
U.S.D.C.
W.P.

DENVER CO 802
30 JUL 2026 PM 8 L

Freedom 250



Clerk of the Court
Charles L. Brieant
United States District Court
300 Quarropas Rd. White Plains
New York [redacted] 10601