24CR142(PMH)

21 Aug. 2021

Sir or Ma'am, I really need your help to tell me how I can get access to the documents from my trial I need to begin working on my appeal, As you know I've written to the Lawyer I had for my case, the Judge (Halpern) I haven't written to Mrs. Macadonio (the 2nd chair) because I did'nt know the address. So how can I get them? I already explained why Mr. Demarco did'nt give them to me after trial it was because I had to wait 6 months for ADX referral at Lewisburg before I came here. Now my time is running short for me to start on work on my Direct Appeal and I have no access to E-mail while here at ADX so my clock is ticking a lot faster than the courts. All that being said could you direct me to how I can get the attention of the court so I can the documents I should have been given already.

Thank you

David [illegible]

#35566-[illegible]

P.S. Could you also inform the AUSA from my case, and see if he is going to return 3 items of my property that were taken from me that had nothing to do with my case they were just on my body when I was put in the SHU at Otisville.

1 MP-3 player
2 Ear Buds
3 Timex Watch. My lawyer was supposed to recover these but he lied to me! About it.

RECEIVED
SEP 04 2026
U.S.D.C.
W.P.

Name: Daniel V. Smith
Reg No: 35566-001
U.S. PENITENTIARY MAX.
P.O. BOX 8500
FLORENCE, CO 81226-8500

WESTCHESTER NY 105
27 SEP 2026 PM 6 L

FOREVER/USA

RECEIVED
SEP 04 2026
U.S.D.C.
W.P.

Clerk of the Court
United States District Court
300 Quarropas ST.
White Plains NY 10601

10601-4140