Defense counsel is directed to respond to Defendant's letter by November 20, 2026.

SO ORDERED.

Philip M. Halpern
United States District Judge

Dated: White Plains, New York
November 17, 2026

[illegible] 26

To whom i[illegible] [illegible]el V. Smith #35566-[illegible], And I was in your court room Aug 2025 my case #24-CR-00142 (PMH) And I haven't received any of the court papers from the case I.E. Docket sheet mitigation, J&C etc. As of yet. I've written the Atty who had my case numerous times, Judge Halpern, And your office numerous times when I first arrived here And still I haven't Received anything not even acknowledgement that the letters were received. My time for Direct appeal is growing short and I need those papers. So how do I go About getting access to them? is there any way your office could have copies sent to me OR tell me how I can get Access to them. the two Atty's for my case were named ① Mark S. Demarco ② Elizabeth Macedonio. I've written them without any Answer same with the Judge and your office. Again any help in this matter would be appreciated.

Thank you

[signature]

#35566-007

P.S. Any Address to how I can go About this matter would also be Appreciated. I've never received any of the paperwork from my Trial from the court OR from the Atty's Assigned to my case And it seems I should have the papers, considering I was on Trial!! what Do I have to Do?

Name: Daniel V. Smith
Reg No: 35566-001
U.S. PENITENTIARY MAX.
P.O. BOX 8500
FLORENCE, CO 81226-8500

DENVER CO 802
24 OCT 2026 PM 6 L




USMS
WP

RECEIVED
NOV 10 2026
U.S.D.C.
W.P.

Clerk of the Court
U.S. District Court House
300 Quarropas St.
White Plains NY
10601

1060184140
1060184140 C009